**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-1135**

BARBARA A. MONEY,

Plaintiff - Appellant,

versus

LARRY G. MASSANARI, ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Beth P. Gesner, Magistrate Judge. (CA-00-
109-WMN)

Submitted: June 29, 2001               Decided: June 13, 2001

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen F. Shea, WILLONER, CALABRESE & ROSEN, P.A., College Park,
Maryland, for Appellant. Lynne A. Battaglia, United States Attor-
ney, Ariana Wright Arnold, Assistant United States Attorney,
Charlotte Hardnett, Acting General Counsel, Frank V. Smith, Acting
Deputy General Counsel, John M. Sacchetti, Associate General Coun-
sel, George G. Davidson, Office of the General Counsel, Social
Security Division, DEPARTMENT OF HEALTH AND HUMAN SERVICES, Balti-
more, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barbara A. Money appeals the magistrate judge's order[*] granting summary judgment in favor of the Commissioner of Social Security in Money's action for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C.A. §§ 401-433 (West Supp. 2000). This Court must uphold the denial of such benefits if the decision is supported by substantial evidence and the correct legal standard was applied. See 42 U.S.C.A. § 405(g) (West Supp. 2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp. 2000).

2